**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Ricky Haddix** | : | **Case No.: 24-51118** |
| | : | **Chapter 13** |
| **Debtor.** | : | **Judge Douglas L. Lutz** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**AGREED ORDER OF CREDITOR JPMORGAN CHASE BANK, N.A. RESOLVING MOTION FOR RELIEF FROM STAY AS TO 2020 JEEP RENEGADE VIN ZACNJABB6LPL27599 (DOCKET # 40)**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by JPMorgan Chase Bank, N.A. ("Creditor") as Docket Number 40, and the opposition of Ricky Haddix ("Debtor") thereto; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor; and the Court, being otherwise fully advised in the premises and hereby issues the following Order with respect thereto:

1. The Parties agree that the Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly payments to Creditor outside of the Plan in a regular monthly fashion.

2. The Parties agree that in breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Creditor; said payments are currently in default for the months of June 2026 and subsequent months, incurring a total post-petition arrearage of $1,267.29 as of August 19, 2026, which consists of 3 post-petition payments for June 13, 2026 through August 13, 2026 at $422.43 each.

3. In order to eliminate said post-petition delinquency, the Debtor hereby agrees to pay to Creditor, and Creditor hereby agrees to accept, the following lump sum payments:

   a. $211.22 on or before September 15, 2026;
   b. $211.22 on or before October 15, 2026;
   c. $211.22 on or before November 15, 2026;
   d. $211.22 on or before December 15, 2026;
   e. $211.22 on or before January 15, 2027;
   f. $211.19 on or before February 15, 2027.

   The lump sum payments due above are in addition to the regular monthly payment due and owing for said months.

4. The Debtor hereby agrees to resume regular monthly payments outside the Plan directly to Creditor for the September 13, 2026 regular monthly payment and to make all further monthly payments in a timely fashion.

5. This Provisional Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates their case by order of the Court and/or the Creditor obtains relief from stay and the stay is subsequently reinstated by order of the Court.

6. The following are events of default under this Provisional Order: (a) Debtor fails to make any of the lump sum payments hereinabove described on or before their specified due dates; (b) Debtor fails to pay any future monthly payment on or before the date on which it is due; (c) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office within 30 days of the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

7. In the event of a Default, Creditor shall file a Notice specifying the Default, with service to Debtor and Debtor's counsel ("Notice"), allowing Debtor 10 days to cure the Default

("Cure Opportunity"). If the Default is not cured, Creditor shall submit a proposed Order for Relief from the Automatic Stay.

8. The Parties agree that Debtors shall receive no more than two Notices and two Cure Opportunities. If Debtor defaults a third time, Creditor shall submit a proposed Order Granting Relief to the Court without further notice to the Debtor and Debtor's Counsel.

**SUBMITTED BY:**

/s/ Molly Simons
Molly Simons (97962)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: MBSimons@mdklegal.com
Attorney for Creditor

/s/ Tammy E. Howard
Tammy E. Howard
P.O. Box 992
Jackson, KY 41339
Telephone: 606-666-4474
Fax: 606-666-7375
Email: howardandhoward@outlook.com
Attorney for Debtor

/s/ Beverly M. Burden
Beverly M. Burden
Chapter 13 Trustee
PO Box 2204
Lexington, KY 40588 Telephone: 859-233-1527 Email:
Notices@Ch13EDKY.com

Copies to:

Ricky Haddix, 1148 Panbowl Road, Jackson, KY 41339
(notified by regular US Mail)

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**

**Signed By:**
***Douglas L Lutz***
**Bankruptcy Judge**
**Dated: Tuesday, August 25, 2026**
**(grs)**